UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AGS HEALTH, INC., et al.,<br><br>Defendants. | Case No. 7:25-CV-00804-RSB-JCH |

## MOTION TO DISMISS

Defendants The Schumacher Group of Louisiana, Inc. d/b/a SCP Health; The Schumacher Group of Virginia, Inc.; Ingleside Emergency Group, LLC; Kingsford Emergency Group, LLC; Lake Spring Emergency Group, LLC; Western Virginia Regional Emergency Physicians, LLC; and Wildwood Emergency Group, LLC (collectively the "Moving Defendants"), by counsel, move this Court for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint [D.E. 1] with prejudice. In support of this motion, the Moving Defendants rely on their brief contemporaneously filed herewith in accordance with Local Civil Rule 11(c) as well as the Declaration of

WHEREFORE, Moving Defendants respectfully request that the Court dismiss Plaintiffs' Complaint with prejudice and grant such other and further relief as the Court deems just and proper.

1

Respectfully submitted this 27th day of January, 2026.

/s/ John S. Buford
John S. Buford (VSB No. 89041)
HANCOCK, DANIEL & JOHNSON, LLC
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel: 804-967-9604
Fax: 804-967-9888
jbuford@hancockdaniel.com

Phillip Rakhunov (admitted pro hac vice)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
Telephone: (617) 439-9800
prakhunov@psdfirm.com

*Counsel for Defendants The Schumacher Group of Louisiana, Inc. d/b/a SCP Health; The Schumacher Group of Virginia, Inc.; Ingleside Emergency Group, LLC; Kingsford Emergency Group, LLC; Lake Spring Emergency Group, LLC; Western Virginia Regional Emergency Physicians, LLC; and Wildwood Emergency Group, LLC*